IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD HAYES,** | : | CIVIL ACTION NO. 1:25-CV-1246 |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| v. | : | |
| | : | |
| **LEBANON COUNTY** | : | |
| **CORRECTIONAL FACILITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of October, 2025, upon review of the amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's amended complaint (Doc. 14) is DISMISSED with prejudice.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania